[No. 26529-6-I.   Division One.   October 29, 1990.]

LAWRENCE WHITE, *Respondent,* v. ADRIAN THOMPSON, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-03212-9, Gerald L. Knight, J., entered June 13, 1990. *Granted* by unpublished per curiam opinion.

[Nos. 24297-1-I; 24380-2-I.·  Division One.   October 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL PERRY, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN HUNTER, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 88-1-05395-9, Susan R. Agid, J., entered June 5, 1990. *Reversed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Ringold, J. Pro Tem.

[No. 23027-1-I.   Division One.   October 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J. WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-00489-3, Stephen M. Reilly, J., entered October 5, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Ringold, J. Pro Tem.